IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN HAUSER, :
    Plaintiff
:
vs. : CIVIL NO. 1:CV-08-0749
MICHAEL J. ASTRUE, : (Judge Caldwell)
Commissioner of Social
Security, : (Magistrate Judge Blewitt)
    Defendant

*O R D E R*

AND NOW, this 27th day of April, 2009, upon consideration of the report and recommendation of the magistrate judge (doc. 14), filed March 25th, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Pursuant to the recommendation of the Magistrate Judge, Plaintiff's appeal of the decision of the Administrative Law Judge is granted.

    3. This case is remanded to the Commissioner of Social Security for the purpose of computation and payment of benefits.

    4. The Clerk of Court shall close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge